DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE ROBERTO ARREGUIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1429

[August 6, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Robert Belanger, Judge; L.T. Case No. 2012000255CFAXMX.

Jose R. Arreguin, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Decosta v. State*, No. 4D25-0682, 2025 WL 2154384, at *1 (Fla. 4th DCA July 30, 2025).

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***